## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Kolawole A Ahmadou | ) | Chapter 13 |
| | ) | Case No. 18 B 17062 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Kolawole A Ahmadou
412 Callan Apt. B
Evanston, IL  60202

Debtor Attorney: Zalutsky & Pinski Ltd
via Clerk's ECF noticing procedures

On August 14, 2018 at 11:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, August 7, 2018.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 06/14/2018.

2. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

3. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

4. The debtor(s) have failed to commit all disposable income to the plan.

5. Debtor has failed to amend the petition provide the correct address.

6. Debtor has failed to provide proof of income.

7. Debtor has failed to amend Schedule J as debtor testified that he does not pay utilities.

8. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE